### HARRIS v. STATE.    (No. 6580.)

(Court of Criminal Appeals of Texas.    Jan. 4, 1922.)

Criminal law ⬅15—Conviction reversed, and prosecution dismissed, where statute is repealed.

The statute making possession of equipment for the manufacture of intoxicating liquor an offense being repealed pending an appeal from a conviction under it, the judgment will be reversed, and the prosecution ordered dismissed.

Appeal from District Court, Harrison County; P. O. Beard, Judge.

John Harris was convicted of being in possession of equipment for the manufacture of intoxicating liquor, and appeals. Reversed, and prosecution dismissed.

H. T. Lyttleton and Hobart Key, both of Marshall, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for the possession of equipment for the manufacture of intoxicating liquor. Punishment assessed at two years' confinement in the penitentiary.

The law making possession of equipment for the manufacture of intoxicating liquor an offense was repealed by the last called session of the Legislature, and, following many other cases disposed of since that time, this judgment of conviction must be reversed, and the prosecution ordered dismissed.